478 A.2d 900

Commonwealth v. Gravely, Appellant.

Reargument Denied Aug. 16, 1984.

Petition for Allowance of Appeal
Denied Jan. 7, 1985.

 Submitted November 28, 1983.

Mitchell S. Strutin, for appellant; Robert B. Lawler, Assistant District Attorney, for appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.